IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARQUAN BUCHANAN,<br><br>　　　　　　　Defendant. | 4:19CR3101<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)　　The defendant shall appear at his revocation hearing scheduled for January 11, 2022 at 1:00 p.m. before the Honorable Richard G. Kopf, in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)　　The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

October 20, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge