IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARQUAN BUCHANAN,<br><br>               Defendant. | **4:19CR3101**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 88), is granted.

2) To implement Judge Kopf's prior order, (Filing No. 88), Defendant shall be released from custody on November 22, 2021, at 10:00 a.m. for transport to reside at the Dismas RRC facility in Kearney, Nebraska.

3) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and he shall fully comply with the program requirements and rules of the Dismas facility.

4) If the defendant is discharged from the Dismas facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

5) Defense counsel shall communicate with the Marshal to arrange for Defendant's release for transport to Dismas in Kearney, Nebraska.

6) The clerk shall provide a copy of this order to the Marshal.

Dated this 17th day of November, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge