IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3101 |
| vs. | |
| MARQUAN BUCHANAN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The defendant's unopposed motion for temporary release (filing 140) is granted.

2. Defendant shall be released to Martha Freeman at 10:00 a.m. on December 4, 2023, and shall return to Marshal custody no later than 10:00 p.m. on December 5, 2023.

3. Defendant will be picked up from the jail by Martha Freeman, who is providing the transportation for Defendant's temporary release from custody.

4. The clerk shall provide a copy of this order to the Marshal.

Dated this 1st day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge