IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>MARQUAN BUCHANAN,<br><br>                Defendant. | **4:19CR3101**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 142), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

>   Defendant shall be released to reside at CenterPointe in Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at CenterPointe, Lincoln, Nebraska by 10:00 a.m. on December 20, 2023. The Marshal shall release Defendant to Mr. Buchanan's mother, Martha Freeman, for timely transport to and arrival at the facility.

4  The clerk shall provide a copy of this order to the Marshal.

Dated this 19th day of December, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge